## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Idelfonso Valenzuela-Roman,

Plaintiff,

v.

United States of America, et al.,

Defendants.

No. CV 25-00546 PHX ROS (CDB)

**ORDER**

Plaintiff, who is represented by counsel, filed a complaint seeking relief pursuant to 28 U.S.C. § 1331 on February 17, 2025. (ECF No. 1). Plaintiff has paid the filing fee in this matter. The Complaint was sua sponte dismissed with leave to amend on April 2, 2025. (ECF No. 3). An amended complaint was docketed May 2, 2025. (ECF No. 4). In an order entered October 21, 2025, the Court ordered CoreCivic to answer Counts "Two(B)," Three, Four, and Five of the Amended Complaint, and dismissed all other claims and defendants. (ECF No. 6).

In the Order issued August 6, 2025, the Court stated:

> If Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and Complaint on a Defendant within 90 days of the filing of the Complaint or within 60 days of the filing of this Order, whichever is later, the action may be dismissed as to each Defendant not served. Fed. R. Civ. P. 4(m); LRCiv 16.2(b)(2)(B)(ii).

(*Id.* at 11).

Accordingly, service on Defendant was required no later than December 22, 2025. There is no return of service entered in the docket in this matter.

Therefore,

**IT IS ORDERED that** Plaintiff shall have until **January 9, 2026**, to show cause why Defendant CoreCivic and all of Plaintiff's remaining claims should not be dismissed for Plaintiff's failure to comply with Rule 4 of the Federal Rules of Civil Procedure and the Court's order at ECF No. 6.

Dated this 29th day of December, 2025.

Camille D. Bibles
United States Magistrate Judge

- 2 -