**Joy Bertrand, Esq.**
PO Box 2734
Scottsdale, Arizona 85252-2734
Telephone:  602-374-5321
Fax:  480-361-4694
joyous@mailbag.com
www.joybertrandlaw.com
Arizona State Bar Number 024181

**ATTORNEY FOR PLAINTIFF**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Idelfonso Valenzuela-Roman.;<br>      Plaintiff,<br><br>      v.<br><br>Jane and John Doe US Department of<br>Justice Employees;  CoreCivic, Inc.;<br>John and Jane Doe CoreCivic<br>Employees;  and ABC Corporations;<br>      Defendants. | Case No. CV-25-00546-ROS (CDB)<br><br>**RESPONSE TO THE COURT'S DECEMBER 29, 2025 ORDER TO SHOW CAUSE** |

NOW COMES Ildefonso Valenzuela-Roman to respond to the Court's December 29, 2025 Order to Show Cause.  He further submits the following:

As shown by the proof of service filed with the Court on December 30, 2025, the Plaintiff executed service on CoreCivic and its Doe employees on December 22, 2025.  (ECF Doc. 9)

The Plaintiff attempted service on CoreCivic's registered agent on the afternoon of December 19, 2025.  The registered agent's office was closed, with a sign up stating that they were at a holiday party.

Plaintiff then completed service on the registered agent on December 22, 2025.

Because service was executed within the time set by the Court's October 21, 2025 Order, dismissal of CoreCivic would not be appropriate.

Respectfully submitted this Thirtieth day of December, 2025.

s/Joy Bertrand
Joy Bertrand
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

On December 30, 2025, I filed the foregoing via ECF. Because no other party has appeared in this matter, currently there is no one to serve.

Respectfully submitted this Thirtieth day of December, 2025.


<u>s/Joy Bertrand</u>
Attorney for the Plaintiff