# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Idelfonso Valenzuela-Roman,

          Plaintiff,

v.

United States of America, et al.,

          Defendants.

No. CV 25-00546 PHX ROS (CDB)

**ORDER**

**IT IS ORDERED that** Plaintiff's motion (ECF No. 11), seeking leave to proceed on a proposed second amended complaint (which is supplied to the Court only in the form of a red-line/strikethrough version of the proposed second amended complaint, *see* ECF No. 11-2; ECF No. 12), is **granted**. Accordingly, Plaintiff shall docket a <u>clean version</u> of the Second Amended Complaint no later than **January 12, 2026**, and shall serve the Second Amended Complaint and a copy of this order on Defendants within the time specified by the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED that** Defendants shall answer or otherwise respond to the Second Amended Complaint within the time specified by the Federal Rules of Civil Procedure.

Dated this 6th day of January, 2026.

Camille D. Bibles
United States Magistrate Judge