Daniel P. Struck, Bar No. 012377
Ashlee B. Hesman, Bar No. 028874
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
dstruck@strucklove.com
ahesman@strucklove.com

*Attorneys for Defendant CoreCivic, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Idelfonso Valenzuela-Roman,<br><br>Plaintiff,<br><br>v.<br><br>United States of America, et al.,<br><br>Defendants. | NO. 2:25-cv-00546-ROS-CDB<br><br>**STIPULATION FOR EXTENSION OF TIME FOR CORECIVIC TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT (DKT. 14)**<br><br>**(First Request)** |

Pursuant to LRCiv 7.3, Plaintiff and CoreCivic stipulate to extend CoreCivic's deadline to respond to Plaintiff's Second Amended Complaint ("SAC") by approximately one week from February 9 to February 17, 2026.[1]

Plaintiff and CoreCivic stipulate to this extension of time to continue their ongoing conferral efforts.  Specifically, they are conferring regarding several arguments that may be raised in a motion dismiss in hopes of reaching an agreement that will reduce the number of issues the Court must resolve or eliminate the need for Court intervention altogether.  As such, good cause exists to grant this stipulated extension request.

### Conclusion

For these reasons, the Parties request that their Stipulation be granted.

---

[1] Plaintiff served CoreCivic with her SAC on January 26, 2026.  Pursuant to the Court's January 6, 2026 Order, CoreCivic's current deadline to respond is February 9, 2026. (Dkt. 13.)

DATED this 9th day of February, 2026.

STRUCK LOVE ACEDO, PLC


By /s/ Ashlee B. Hesman
   Daniel P. Struck
   Ashlee B. Hesman
   3100 West Ray Road, Suite 300
   Chandler, Arizona 85226

   *Attorneys for Defendant CoreCivic, Inc.*


By /s/ Joy Bertrand, Esq. *(with permission)*
   Joy Bertrand, Esq,
   PO Box 2734
   Scottsdale, Arizona 85252-2734

   *Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joy Bertrand, Esq.
PO Box 2734
Scottsdale, Arizona 85252-2734
joy@joybertrandlaw.com

*Attorney for Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/      E. Glover