# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Idelfonso Valenzuela-Roman,

Plaintiff,

v.

United States of America, et al.,

Defendants.

No. CV 25-00546 PHX ROS (CDB)

**ORDER**

Pursuant to the stipulation of the parties at ECF No. 16,

**IT IS ORDERED that** Defendants shall have until **February 17, 2026**, to answer or otherwise respond to the Second Amended Complaint (ECF No. 14).

Dated this 9th day of February, 2026.

Camille D. Bibles
United States Magistrate Judge