Daniel P. Struck, Bar No. 012377
Ashlee B. Hesman, Bar No. 028874
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
dstruck@strucklove.com
ahesman@strucklove.com

*Attorneys for Defendant CoreCivic, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Idelfonso Valenzuela-Roman, | NO. 2:25-cv-00546-ROS-CDB |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR CORECIVIC TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT (DKT. 14)** |
| v. | |
| United States of America, et al., | |
| Defendants. | **(Second Request)** |

Pursuant to LRCiv 7.3, Plaintiff and CoreCivic stipulate to extend CoreCivic's deadline to respond to Plaintiff's Second Amended Complaint ("SAC") to coincide with the United States' deadline to respond to the SAC. Upon information and belief, the United States was served today and its deadline to respond to the SAC is April 20, 2026.

To place both the United States and CoreCivic on the same procedural track and to streamline dispositive briefing and scheduling issues for both the parties and the Court, Plaintiff and CoreCivic agree to extend CoreCivic's deadline to respond to the SAC to April 20, 2026.  This will ensure all Defendants respond to the SAC on the same date which will promote judicial economy.  As such, good cause exists to grant this stipulated extension request.

### Conclusion

For these reasons, the parties request that their Stipulation be granted.

DATED this 17th day of February, 2026.

STRUCK LOVE ACEDO, PLC


By /s/ Ashlee B. Hesman
 Daniel P. Struck
 Ashlee B. Hesman
 3100 West Ray Road, Suite 300
 Chandler, Arizona 85226

 *Attorneys for Defendant CoreCivic, Inc.*


By /s/ Joy Bertrand, Esq. *(with permission)*
 Joy Bertrand, Esq,
 PO Box 2734
 Scottsdale, Arizona 85252-2734

 *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joy Bertrand, Esq.
PO Box 2734
Scottsdale, Arizona 85252-2734
joy@joybertrandlaw.com

*Attorney for Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/      E. Glover