# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Idelfonso Valenzuela-Roman,

Plaintiff,

v.

United States of America, et al.,

Defendants.

No. CV 25-00546 PHX ROS (CDB)

**ORDER**

Pursuant to the stipulation of the parties at ECF No. 20,

**IT IS ORDERED that** Defendant CoreCivic shall have until **April 20, 2026**, to answer or otherwise respond to the Second Amended Complaint (ECF No. 14). This deadline will not be further extended regardless of any stipulation of the parties.

Dated this 18th day of February, 2026.

Camille D. Bibles
United States Magistrate Judge