# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Idelfonso Valenzuela-Roman,

Plaintiff,

v.

United States of America, et al.,

Defendants.

No. CV 25-00546 PHX ROS (CDB)

**ORDER**

**IT IS ORDERED that** Plaintiff's motion at ECF No. 26 is **granted**, and accordingly the responses (ECF Nos. 27 and 28) to Defendants' motions to dismiss at ECF Nos. 24 and 25 are deemed timely filed.

Dated this 6th day of May, 2026.

Camille D. Bibles
United States Magistrate Judge