# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Idelfonso Valenzuela-Roman,

Plaintiff,

v.

United States of America, et al.,

Defendants.

No. CV 25-00546 PHX ROS (CDB)

**ORDER**

Pursuant to the stipulation of the parties at ECF No. 30,

**IT IS ORDERED that** Defendants shall have until **May 26, 2026**, to docket replies in support of their motions to dismiss at ECF Nos. 24 and 25.

Dated this 13th day of May, 2026.

Camille D. Bibles
United States Magistrate Judge